IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States of America

Plaintiff,

vs.

Pedro Valdovinos, +
Leagsaeoh Hargreaves

Defendant.

CASE NO. 8:19cr 249

WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the Choose an item.;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Choose an item..

_____
Defendant

_____
Attorney for Defendant

08/27/2019
Date

8/27/2019
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 27 day of August, 20 19.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT