IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> PEDRO VALDOVINOS, <br><br> Defendant. | **8:19CR249** <br><br> **ORDER** |

This matter is before the Court on defendant's motion for leave to appeal in forma pauperis, Filing No. 110. The Court has reviewed the affidavit of poverty and finds the defendant is entitled to proceed in forma pauperis.

THEREFORE, IT IS ORDERED THAT defendant's motion to proceed in forma pauperis, Filing No. 110, is granted.

Dated this 12th day of April, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge